IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20-80-GF-BMM-JTJ |
| Plaintiff, | **FINDINGS AND** |
| vs. | **RECOMMENDATIONS** |
| LAURA ANN MATYE, | |
| Defendant. | |

## I.  Synopsis

Defendant Laura Ann Matye (Matye) has been accused of violating the

conditions of her supervised release.  Matye admitted all of the alleged violations.

Matye's supervised release should be revoked.  Matye should be placed in custody

for 4 months, with 32 months of supervised release to follow.  Matye should serve

the first 60 days of supervised release in secure inpatient drug treatment facility.

Matye should be required to successfully complete a mental health treatment

program as directed by her probation officer.  Matye should be prohibited from

using marijuana.

## II.  Status

Matye pleaded guilty to Possession with Intent to Distribute Heroin on

February 17, 2021.  (Doc. 31).  The Court sentenced Matye to 21 months of

custody, followed by 3 years of supervised release.  (Doc. 41).  Matye's current

term of supervised release began on May 3, 2022.  (Doc. 49 at 1).

**Petition**

The United States Probation Office filed an Amended Petition requesting

that the Court  revoke Matye's supervised release on July 7, 2023.  (Doc. 49).  The

Amended Petition alleged that Matye violated the conditions of her supervised

release: 1) by failing to report for substance abuse testing; 2) by failing to report

for substance abuse treatment; 3) by using methamphetamine and fentanyl; and

4) by failing to maintain full-time employment.

**Initial appearance**

Matye appeared before the undersigned for her initial appearance on

July 13, 2023.  Matye was represented by counsel.  Matye stated that she had read

the petition and that she understood the allegations.  Matye waived her right to a

preliminary hearing. The parties consented to proceed with the revocation hearing

before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on July 13, 2023.  Matye

admitted that she had violated the conditions of his supervised release: 1) by

2

failing to report for substance abuse testing; 2) by failing to report for substance abuse treatment; 3) by using methamphetamine and fentanyl; and 4) by failing to maintain full-time employment. The violations are serious and warrant revocation of Matye's supervised release.

Matye's violations are Grade C violations. Matye's criminal history category is III. Matye's underlying offense is a Class C felony. Matye could be incarcerated for up to 24 months. Matye could be ordered to remain on supervised release for up to 36 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 5 to 11 months.

## III.  Analysis

Matye's supervised release should be revoked. Matye should be incarcerated for 4 months, with 32 months of supervised release to follow. Matye should serve the first 60 days of supervised release in secure inpatient drug treatment facility. Matye should be required to successfully complete a mental health treatment program as directed by her probation officer. Matye should be prohibited from using marijuana. This sentence is sufficient but not greater than necessary.

## IV.  Conclusion

The Court informed Matye that the above sentence would be recommended

to Chief United States District Judge Brian Morris.  The Court also informed

Matye of her right to object to these Findings and Recommendations within 14

days of their issuance.  The Court explained to Matye that Judge Morris would

consider a timely objection before making a final determination on whether to

revoke her supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> Laura Ann Matye violated the conditions of her supervised release: by
> failing to report for substance abuse testing; by failing to report for
> substance abuse treatment; by using methamphetamine and fentanyl; and by
> failing to maintain full-time employment.

The Court **RECOMMENDS:**

> The District Court should revoke Matye's supervised release and
> commit her to the custody of the United States Bureau of Prisons for a
> term of 4 months, with 32 months of supervised release to follow.
> Matye should serve the first 60 days of supervised release in secure
> inpatient drug treatment facility.  Matye should be required to
> successfully complete a mental health treatment program as directed
> by her probation officer.  Matye should be prohibited from using
> marijuana.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and

Recommendations within 14 days of their entry, as indicated on the Notice of

Electronic Filing.  28 U.S.C. § 636(b)(1).  A district court judge will make a de

novo determination regarding any portion of the Findings and Recommendations

to which objection is made.  The district court judge may accept, reject, or modify,

in whole or in part, the Findings and Recommendations.  Failure to timely file

written objections may bar a de novo determination by the district court judge, and

may waive the right to appear and allocute before a district court judge.

DATED this 14th day of July, 2023.

John Johnston
United States Magistrate Judge