THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAURA ANN MATYE,<br><br>Defendant. | CR-20-80-GF-BMM<br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on July 14, 2023. (Doc. 56.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on July 13, 2023. (Doc. 51.) The United States accused Laura Matye (Matye) of violating her conditions of supervised release 1) by failing to report for substance abuse testing; 2) by failing to

report for substance abuse treatment; 3) by using methamphetamine an fentanyl; and 4) by failing to maintain full-time employment. (Doc. 49.)

At the revocation hearing, Matye admitted to violating the conditions of her supervised release 1) by failing to report for substance abuse testing; 2) by failing to report for substance abuse treatment; 3) by using methamphetamine an fentanyl; and 4) by failing to maintain full-time employment. (Doc. 51.) Judge Johnston found that the violations that Matye admitted proved to be serious and warranted revocation, and recommended that she receive a custodial sentence of 4 months, followed by 32 months of supervised release with the first 60 days of supervised release in a secure inpatient drug treatment facility. Matye should successfully complete a mental health treatment program as directed by her probation officer. Matye should be prohibited from using marijuana. (Doc. 56.) Matye was advised of her right to appeal and her right to allocute before the undersigned. (Doc. 51.) The violations prove serious and warrant revocation of Matye's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 56) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Defendant Laura Ann Matye be sentenced to the custody of the United States Bureau of Prisons for 4 months, followed by 32 months of supervised

release with the first 60 days of supervised release in a secure inpatient drug treatment facility. Matye should successfully complete a mental health treatment program as directed by her probation officer. Matye should be prohibited from using marijuana .

      DATED this 31st day of July, 2023.

Brian Morris, Chief District Judge
United States District Court