THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>LAURA ANN MATYE,<br><br>                Defendant. | CR-20-80-GF-BMM<br><br>ORDER |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on December 12, 2023. (Doc. 70.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on December 11, 2023. (Doc. 69.) The United States accused Laura Matye of supervised release 1) by failing to

complete her 60-day inpatient drug treatment program at Corrections Connections; and 2) by using methamphetamine. (Doc. 60.)

At the revocation hearing, Matye admitted that she had violated the conditions of her supervised release 1) by failing to complete her 60-day inpatient drug treatment program at Corrections Connections; and 2) by using methamphetamine.  (Doc. 69.)  Judge Johnston found that the violations proved to be serious and warranted revocation, and recommended that Matye receive a custodial sentence of 6 months with 26 months supervised release to follow. (Doc. 70.)  Matye was advised of her right to appeal and her right to allocute before the undersigned and waived those rights. (Doc. 69.)  The violations prove serious and warrants revocation of Matye's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 70) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Laura Ann Matye be sentenced to the custody of the United States Bureau of Prisons for 6 months with 26 months of supervised release to follow.

DATED this 12th day of December 2023.

_____
Brian Morris, Chief District Judge
United States District Court