IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20-80-GF-BMM-JTJ |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS |
| v. | |
| LAURA ANN MATYE, | |
| Defendant. | |

## I.    Synopsis

Defendant Laura Ann Matye (Matye) has been accused of violating a condition of her supervised release. (Doc. 75). Matye admitted to the alleged violation. Matye's supervised release should be revoked. Mayte should be sentenced to custody for 12 months and 1 day, with no term of supervised release to follow.

## II.    Status

Matye plead guilty on February 17, 2021, to the offense of Possession with Intent to Distribute Heroin, in violation of 21 U.S.C. §§ 841 (a)(1), 841 (b)(1)(C) as charged in Count 2 of the Indictment. (Doc. 31). The Court sentenced Matye to 21 months of custody, followed by 3 years of supervised release. (Doc. 41). Matye's current term of supervised release began on May 9, 2024.

**Petition**

On September 18, 2024, the United States Probation Office filed a Petition requesting that the Court revoke Matye's supervised release. (Doc. 75). The Petition alleged Matye violated conditions of her supervised release by failing to report for scheduled urinalysis substance abuse testing on June 24, 2024, July 8, 2024, July 11, 2024, July 30, 2024, August 21, 2024, August 26, 2024, August 30, 2024, and September 9, 2024.

**Initial Appearance**

Matye appeared before the Court on February 4, 2025.  Matye was represented by counsel.  Matye stated that she had read the Petition and that she understood the allegation against her.  Matye waived her right to a preliminary hearing.  The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

Matye appeared before the Court on February 4, 2025.  Matye admitted that she had violated the conditions of supervised release as set forth in the Petition by failing to report for scheduled urinalysis testing on June 24, 2024, July 8, 2024, July 11, 2024, July 30, 2024, August 21, 2024, August 26, 2024, August 30, 2024, and September 9, 2024. Matye's violations are serious and warrant revocation of her supervised release.

**Sentencing hearing**

Matye appeared before the Court on February 4, 2025. Matye's violation is a Grade C.  Her criminal history category is III.  Matye's underlying offense is a Class C felony.  Matye could be incarcerated for up to 24 months.  Matye could be ordered to remain on supervised release for 26 months less any custody time.  The United States Sentencing Guidelines call for a term of custody of 5 to 11 months.

## III.    Analysis

Matye's supervised release should be revoked. Matye should be sentenced to custody for 12 months and 1 day, with no term of supervised release to follow. This sentence is sufficient but not greater than necessary.

## IV.    Conclusion

The Court informed Matye that the above sentence would be recommended to the Chief United States District Judge Brian Morris.  The Court also informed Matye of her right to object to these Findings and Recommendations within 14 days of this issuance.  The Court explained to Matye that Judge Morris would consider a timely objection before making a final determination on whether to revoke her supervised release and what, if any, sanction to impose.  Matye waived her right to appeal and to allocute before Judge Morris.

The Court **FINDS:**

That SARA LYNN MATYE has violated the conditions of her supervised release by failing to report for scheduled urinalysis

substance abuse testing on June 24, 2024, July 8, 2024, July 11, 2024, July 30, 2024, August 21, 2024, August 26, 2024, August 30, 2024, and September 9, 2024.

The Court **RECOMMENDS:**

That the District Court revoke Matye's supervised release and based upon the agreement of the parties, the Court sentences Matye to custody for 12 months and 1 day with no term of supervised release to follow.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing.  28 U.S.C. § 636(b)(1).  A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made.  The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocute before a district court judge.

DATED this 5th day of February 2025.


John Johnston
United States Magistrate Judge