THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAURA ANN MATYE,<br><br>Defendant. | CR-20-80-GF-BMM<br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on February 5, 2025. (Doc. 84.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on February 4, 2025. (Doc. 79.) The United States accused Laura Matye (Matye) of violating the conditions of her supervised release by failing to report for scheduled urinalysis substance abuse testing on June 24, 2024, July 8, 2024, July 11, 2024, July 30, 2024, August 21, 2024, August 26, 2024, August 30, 2024, and September 9, 2024. (Doc. 75.)

At the revocation hearing, Matye admitted that she had violated the conditions of her supervised release by failing to report for scheduled urinalysis substance abuse testing on June 24, 2024, July 8, 2024, July 11, 2024, July 30, 2024, August 21, 2024, August 26, 2024, August 30, 2024, and September 9, 2024. (Doc. 79.)

Judge Johnston found that the violations Matye admitted prove serious and warrants revocation, and recommended that Matye receive a custodial sentence of 12 months and 1 day, with no term of supervised release to follow. (Doc. 84.) The Court advised Matye of her right to appeal and to allocute before the undersigned and she waived those rights. (Doc. 79.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 84) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Defendant Laura Ann Matye be sentenced to a term of custody of until of 12 months and 1 day, with no supervised release to follow.

DATED this 10th day of February 2025.

_____
Brian Morris, Chief District Judge
United States District Court